PAUL J. FISHMAN
United States Attorney
KRISTIN L. VASSALLO
Assistant United States Attorney
970 Broad Street, Suite 700
Newark, NJ 07102
Tel. (973) 645-2835
Fax. (973) 297-2010
email: kristin.vassallo@usdoj.gov

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SEAN KIELTY, | HON. PETER G. SHERIDAN |
| *Plaintiff,* | *Civil Action No.* 14-CV-3269 (PGS)(LHG) |
| v. | **NOTICE OF MOTION** |
| FEDERAL EMERGENCY MANAGEMENT AGENCY, | |
| *Defendant.* | |

To:  Sean Kielty, Esq.
     49 Coppermine Village
     Flemington, New Jersey 08822

PLEASE TAKE NOTICE, that on December 1, 2014, at 10:00 AM, or as soon thereafter as counsel may be heard, PAUL J. FISHMAN, United States Attorney for the District of New Jersey (KRISTIN L. VASSALLO, Assistant United States Attorney, appearing), as attorney for defendant the Federal Emergency Management Agency ("FEMA") will apply to this court for an order requiring plaintiff to destroy or return all copies of certain information protected by the Privacy Act that was inadvertently produced to him on October 2, 2014.

In support of this motion, defendants respectfully refer the Court to the memorandum of law in support of the motion to dismiss and the supporting declarations (with attached exhibits).

1

2

Defendants also request that this motion be decided on the papers submitted, without oral argument, pursuant to Rule 78 of the Federal Rules of Civil Procedure.

Dated: Newark, New Jersey
       November 6, 2014

                                                PAUL J. FISHMAN
                                              United States Attorney

                       By:     __/s/ Kristin Vassallo_____
                                    KRISTIN L. VASSALLO
                                    Assistant United States Attorney