PAUL J. FISHMAN
United States Attorney
KRISTIN L. VASSALLO
Assistant United States Attorney
970 Broad Street, Suite 700
Newark, NJ 07102
Tel. (973) 645-2835
Fax. (973) 297-2010
email: kristin.vassallo@usdoj.gov

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SEAN KIELTY, <br><br> *Plaintiff,* <br><br> v. <br><br> FEDERAL EMERGENCY MANAGEMENT AGENCY, <br><br> *Defendant.* | HON. PETER G. SHERIDAN <br><br> *Civil Action No.* 14-CV-3269 (PGS)(LHG) <br><br> [~~PROPOSED~~] ORDER |

This matter having been opened to the Court by Paul Fishman, United States Attorney for the District of New Jersey, attorney for defendant the Federal Emergency Management Agency ("FEMA"), for an order compelling plaintiff Sean Kielty to destroy or return all copies of documents containing personal identifying information and sensitive personal identifying information that were inadvertently produced to plaintiff by FEMA on October 2, 2014 in response to his Freedom of Information Act ("FOIA") requests (the "Inadvertently Produced Documents"),

and the Court having considered the matter, and no opposition having been filed, it is on this 8th day of December, 2014,

Ordered as follows:

(1) Plaintiff shall delete all electronic copies of the Inadvertently Produced Documents in his possession, including, without limitation, all copies of the documents located in

the inbox, deleted files folder, or any folder in his work or personal e-mail accounts, as well as any copy of the documents located on any computer, mobile phone, or other electronic device.

(2) To the extent that plaintiff is in possession of any hard copies of the Inadvertently Produced Documents, plaintiff shall return all such hard copies to FEMA by hand-delivering them to Anthony Ruffini, FEMA's Regional Counsel for Region II.

(3) Other than the conduct described in paragraph (2), plaintiff is enjoined from maintaining, forwarding, copying, distributing, or otherwise sharing the Inadvertently Produced Documents with any individuals.

(4) Plaintiff is enjoined from using any information contained in the Inadvertently Produced Documents for any purpose, unless and until the information is disclosed to him under FOIA in accordance with the procedures provided under that Act, or by order of the Court.

_____
THE HONORABLE PETER G. SHERIDAN
UNITED STATES DISTRICT JUDGE
                     Magistrate

If Defendant has not already done so, it is further Ordered to provide Plaintiff with a redacted set of the Inadvertently Produced Documents within five days of entry of this case.