UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **SEAN KIELTY, ESQ.,**<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**FEDERAL EMERGENCY MANAGEMENT AGENCY (FEMA),**<br><br>　　　　Defendant. | Civil Action No. 14-3269 (PGS)(LHG)<br><br><br>**<u>ORDER</u>** |

　　　　**THIS MATTER** having come before the Court by way of a Motion for Reconsideration filed by Plaintiff [Docket Entry No. 9]; the Court having conducted a telephone conference on the record on July 27, 2015; Plaintiff Sean Kielty, Esq., appearing *pro se*; Kristin L. Vassallo, Esq., of the Office of the U.S. Attorney for the District of New Jersey, appearing on behalf of Defendant; for the reasons set forth on the record; and for good cause shown,

　　　　**IT IS** on this **30th** day of **July, 2015,**

　　　　**ORDERED** that the Motion for Reconsideration [Docket Entry No. 9] is GRANTED; and it is further

　　　　**ORDERED** that upon reconsideration of the Motion for a Protective Order, the Court finds that the Motion was properly granted and therefore denies the request to vacate the December 8, 2014 Order [Docket Entry No. 8]; and it is further

　　　　**ORDERED** that by no later than August 6, 2015, Plaintiff shall destroy or return all copies of the documents containing personal identifying information and the FOIA exempt information; and it is further

　　　　**ORDERED** that by no later than August 6, 2015, Plaintiff shall advise counsel for Defendant whether he has distributed the personal identifying information or the FOIA exempt information to anyone. If he has, he must specific to whom he disclosed the information and when; and it is further

**ORDERED** that Plaintiff shall certify as to the compliance with this Order, including the destruction or return of the information as well as any dissemination of information. That certification shall be provided to the opposing counsel and submitted to the Court within five days of compliance and must be received by no later than August 11, 2015.

_____
**LOIS H. GOODMAN**
**United States Magistrate Judge**